IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANCISCO CATALIN DELIU,

      Plaintiff,

vs.                        Case No. 4:23-cv-00156-MW-MJF

FLORIDA BOARD OF BAR
EXAMINERS, et al.,

      Defendants.
_____/

## MOTION BY ALL DEFENDANTS FOR
## LEAVE TO FILE A REPLY MEMORANDUM
## (AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT)

Defendant Florida Board of Bar Examiners ("Board") and Defendants Timothy S. Danninger, Diana Kay Bock, Brandice Davidson Dickson, Cristina Elena Groschel, Gary Marshall Miller, John James O'Sullivan, Laura Esterman Pincus, Rosalyn Destinie Baker Sutton, Victoria Jean Wilson, John W. Evans, Kamran A. Malik, Nathan W. Hill, Miles A. McGrane, III, Carolyn Moore and Amy E. Myers, in their official capacity ("Defendants"),[1] pursuant

---

[1] Subsequent to the filing of this action, Defendants Melinda Louise McNichols, Paul Joseph Schwiep, Stanley H. Wakshlag and Paula S. O'Neil concluded their terms of service and are no longer members of the Board. Nathan W. Hill, Miles A. McGrane, III, Carolyn Moore and Amy E. Myers have been appointed as new Board members to fill the vacancies. Because Plaintiff sues the individual Board members solely in their official capacity, the new Board members are substituted by operation of law pursuant to Rule

to Rule 7.1(I), N.D. Fla. Loc. R., move for leave to file a reply memorandum to Plaintiffs' response, ECF No. 43, to Defendants' motion to dismiss Plaintiff's Second Amended Complaint, ECF No. 39.

## **MEMORANDUM OF LAW**

Plaintiff is an applicant for admission to The Florida Bar. Plaintiff claims that the Florida Supreme Court lacked "the necessary constitutional, statutory or other authority" to create the Board. ECF No. 26 at 10, ¶18. Plaintiff thus argues that the "Board is an illegal body under Florida law such that its Members lack any power to act." ECF No. 26 at 12, ¶25. Plaintiff asserts that because the Board is an illegal body, he is "being subjected to unlawful procedures" which violates his constitutional right to due process. ECF No. 26 at 11, ¶19.

Defendants have moved to dismiss Plaintiff's Second Amended Complaint on several grounds, and Plaintiff has filed a response in opposition to Defendants' motion. Defendants request leave of Court to reply to Plaintiff's arguments regarding (i) the existence of federal subject matter jurisdiction and whether the Court has already decided that question, (ii)

---

25(d), Fed. R. Civ. P. ("An action does not abate when a public officer who is a party in an official capacity … ceases to hold office while the action is pending," and the "officer's successor is automatically substituted as a party.").

2

whether *Younger* abstention applies in this case and (iii) whether Plaintiff has stated a claim for relief, including whether the Court has already decided that question.

Defendants believe that their reply memorandum will be helpful to the Court in its analysis of the issues raised in Defendants' motion to dismiss and Plaintiff's response.

## Certificate of Conference with Opposing Party

The undersigned counsel certifies that he conferred with the Plaintiff, *pro se*, in an effort to reach agreement regarding this motion, and states that Plaintiff does not consent to the motion.

Respectfully submitted,

/s/ *James J. Dean*
James J. Dean
Florida Bar No.: 832121
Primary Email:  jdean@lawfla.com
Secondary Email:  tweiss@lawfla.com
**MESSER CAPARELLO, P.A.**
2618 Centennial Place
Tallahassee, Florida 32308
Telephone: (850) 222-0720

*Attorney for Defendants*

3

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

This motion with incorporated memorandum of law complies with the word limitation of N.D. Fla. Loc. R. 7.1(f) and contains <u>440</u> words, excluding the parts exempted by such rule.

/s/ *James J. Dean*
James J. Dean

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email this 28th day of January, 2025, to the following:

F. C. Deliu
1904 Polo Lake Drive East
Wellington, FL 33414
fcdeliu@gmail.com

/s/ *James J. Dean*
James J. Dean

4