# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FRANCISCO CATALIN DELIU,**

    *Plaintiff,*

v.                                          Case No.: 4:23cv156-MW/MJF

**FLORIDA BOARD OF BAR EXAMINERS, et al.,**

    *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 55, and has also reviewed *de novo* Plaintiff's objections, ECF No. 56.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 55, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendant's motion to dismiss, ECF No. 39, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED**." The Clerk shall close the file.

**SO ORDERED** on August 22, 2025.

                                                    **s/Mark E. Walker              **
                                                    **United States District Judge**